## HOWARD REYNOLDS v. STATE.

No. A-7427. Opinion Filed Nov. 8, 1929.
(282 Pac. 1118.)

J. G. Fullerton, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted in the county court of Comanche county on a charge of having the unlawful possession of whisky, and was sentenced to pay a fine of $100 and to serve 90 days in the county jail.

146

Since the filing of this appeal, defendant has filed a motion to dismiss his appeal and the appeal is hereby dismissed. Mandate to issue forthwith.